◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY PHILHOWER, Appellant. [718 NYS2d 648] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Fitzgibbon, J.), rendered October 4, 1999, convicting him of grand larceny in the third degree and unauthorized use of a vehicle in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE SMILOWITZ, Appellant. [717 NYS2d 917] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered July 20, 1999, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). S. Miller, J. P., McGinity, Luciano and Smith, JJ., concur.